FILED
IN CLERK'S OFFICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

U.S. [...]
DIST[...]

Ursula Minor

**CIVIL ACTION**

V.

**No._____**

*N.D. Everett Retail L.L.C.*
*N.D.N.E. Real Estate, Inc.*

## COMPLAINT

Parties

1.    The plaintiff is not a resident of Massachusetts, but a citizen of the United States.

2.    The defendant *N.D. Everett Retail LLC* operates a business in Everett, Massachusetts.

3.    The defendant, The U.S. Army Corps of Engineers, is a government agency of the United States.

4.    The Environmental Protection Agency is a government agency of the United States.

## Jurisdiction

5.    This court has jurisdiction over this matter pursuant to 33 U.S.C. 1251 and 33 U.S.C. 407

## Facts

6.    For over one year, *defendant* has engaged in unlawful depositing of refuse on a bank of as well as into navigable waters of the United States in violation of 33 U.S.C. 404 as well as 33 U.S.C. 1251.

7.    For over one year, *defendant* has therefore engaged in impeding the navigation on navigable waters of the United States in violation of 33 U.S.C. 404.

8.    For over one year *defendant* has discarded equipment, sand, dirt, plastic, styrofoam, wood, and garbage into navigable waters of the United States without a permit in violation of 33 U.S.C. 404 impeding navigation on navigable waters of the United States.

9.    For over three months, *defendant* has used earth moving equipment to excavate and deposit materials on the property, as well as discharged pollutants on the bank of and in navigable

waters of the United States without the required permit in violation of the Harbors and Rivers Act 33 U.S.C. 404 as well as 33 U.S.C. 1521.

10. For at least one year, defendant has operated excavation and fill equipment, using football field type lighting pointed directly at the water less than 30 feet from the water, on the bank of navigable waters of the United States, twenty four hours a day, seven days a week, harassing migratory birds and other wildlife in violation of the Migratory Bird Act and the Endangered Species Act.

11. For over one year, defendant has deposited refuse in and on wetlands in violation of the Wetlands Protection Act.

12. The U.S. Army Corps of Engineers has jurisdiction over the administration of the Clean Waters Act and the Rivers and Harbors Act on the body of water in this matter.

13. The U.S. Army Corps of Engineers has failed to administer the regulations of the Clean Water Act for over one year, and failed to respond to complaints regarding this continued course of conduct as well as other property owners on these navigable waters of the United States in violation of the Harbors and Rivers Act, 33 U.S.C. 404, and the Clean Water Act, 33 U.S.C. 1251.

14. The Environmental Protection Agency has discretionary powers to enforce the Clean Water Act, but has repeatedly blatantly disregarded complaints regarding activities violating the Clean Water Act on this property as well as the continued course of conduct of construction on other properties without required permits, violations of dredge and fill laws, violations of discarding and discharging laws, unlawful pollutants laws, Wetland Protection laws, as well as disregarding conditions for granting Waterway Licenses and failing to enforce conditions of existing Conservation easements on numerous properties adjacent to this navigable waters of the United States, in violation of the Clean Water Act 33 U.S.C. 1251

15. The plaintiff has standing in this matter as she is not a citizen of Massachusetts and therefore lacks appropriate representation of her interests in this matter, and her ability to navigate the river which is protected by these laws has been diminished as well as her ability to appreciate the wildlife that has been destroyed as a direct result of the unlawful destruction of their habitat.

16. **WHEREFORE,** the plaintiff seeks an immediate injunction halting the unlawful activities of            .

Signature _____

Ursula Minor

No fixed address

Telephone n/a