UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| URSULA MINOR,<br><br>Plaintiff,<br><br>v.<br><br>N.D EVERETT RETAIL, LLC et al<br><br>Defendants. | ) | Civil Action No. 16-12416-PBS |

**REPORT AND RECOMMENDATION OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(m) AND LR 4.1(b)**

Cabell, U.S.M.J.

On December 30, 2016, this case was referred to the undersigned for full pretrial case management and report and recommendations on any dispositive motions. For the following reasons, the Court recommends to the District Judge to whom this case is assigned that this action be dismissed without prejudice for failure to serve the complaint within 90 days after the complaint was filed in violation of Fed. R. Civ. P. 4(m) and LR 4.1(b).

The *pro se* complaint was filed on December 1, 2016. The complaint named three defendants, including N.D Everett Retail, the United States Army Corps of Engineers, and the United States Environmental Protection Agency. On April 25, 2017, the plaintiff

filed a motion for extension of time to serve all defendants. Dkt. No. 26. The plaintiff indicated that due to the ongoing harassing conduct from the defendants, she was unable to travel to the courthouse. *Id.* On April 27, 2017, the Court issued an order deeming this explanation insufficient, but granting the plaintiff a final 30-day extension to May 31, 2017, to properly serve the defendants or to show good cause why service was not made. The Court indicated it would recommend dismissal of the complaint if this condition was not satisfied. Dkt. No. 32. As no response was received by May 31, 2017, or has been received at present, the Court accordingly recommends dismissal of the complaint without prejudice for failure to comply with Fed. R. Civ. P. 4(m) and LR 4.1(b).

The parties are hereby advised that under the provisions of Federal Rule of Civil Procedure 72(b), any party who objects to this recommendation must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on

this Report and Recommendation. *See Keating v. Secretary of Health and Human Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED: June 06, 2017