**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Ursual Minor
Plaintiff

CIVIL ACTION

V.

N. D. Everett Retail, LLC, et al.
Defendants

NO. 1:16-cv-12416- PBS

**ORDER OF DISMISSAL**

SARIS, C.J.

In accordance with Court's Order dated June 26, 2017 adopting Report and Recommendation and dismiss the case without prejudice ( Docket No. 35) , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

6/28/2017
Date

/s/ C. Geraldino-Karasek
Deputy Clerk